AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

V.

UNITED PAYPHONES OF AMERICA, INC.
a Florida Corporation; and ANDREW
MARCUS, individually and as an
officer of the corporation

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 00-6218

MAGISTRATE
JOHNSON

TO: (Name and Address of Defendant)
    ANDREW MARCUS, individually
    7041 West Commercial Blvd., Suite 6A
    Tamarac, FL    33394

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

    BARBARA L. PETRAS
    **ASSISTANT U.S. ATTORNEY**
    United States Attorney's Office
    500 East Broward Boulevard, Ste. 700
    Fort Lauderdale, Florida  33394

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Clarence Maddox

CLERK

BY DEPUTY CLERK

DATE