COPIES NOT PROVIDED

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA
### FT. LAUDERDALE DIVISION

### Case No. 00-6218 Civ. DIMITROULEAS/JOHNSON

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) |
| UNITED PAYPHONES OF AMERICA, INC., <br> a Florida corporation; <br> and <br> ANDREW MARCUS, <br> individually and as an officer of the corporation, | ) |
| Defendants. | ) |

FILED BY
00 MAR 13 PM 2: 46
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.-FTL

## ANSWER AND AFFIRMATIVE DEFENSES

Defendants, UNITED PAYPHONES OF AMERICA, INC., a Florida corporation ("UNITED") and ANDREW MARCUS ("MARCUS"), file their answer and defenses to the complaint, and allege:

### JURISDICTION AND VENUE

1. Admitted for jurisdictional purposes only.

2. Admitted for jurisdictional purposes only.

3. Admitted for jurisdictional purposes only.

### DEFENDANTS

4. Admitted



5.     Admitted in part and denied in part. It is admitted that MARCUS is the President of UNITED and that he transacts or has transacted business in the Southern District of Florida. Denied that MARCUS, at all times material to the complaint, acted alone or in concert with others, to formulate, direct, control or participate in acts or practices of UNITED alleged in the complaint.

## COMMERCE

6.     Admitted.

## DEFENDANTS' BUSINESS ACTIVITIES

7.     Admitted as to UNITED. Denied as to MARCUS.

8.     Admitted that UNITED placed classified advertisements in newspapers containing statements similar to those alleged. Denied as to MARCUS.

9.     Denied

## THE FRANCHISE RULE

10.     Denied.

11.     Admitted.

12.     Admitted.

13.     Admitted.

## VIOLATIONS OF THE FRANCHISE RULE

## COUNT I

14.     Defendants answer paragraphs 1 through 13 as realleged in paragraph 14 in the same manner as the initial answers to those paragraphs.

15.     Denied.

## COUNT II

16.     Defendants answer paragraphs 1 through 13 as realleged in paragraph 16 in the same manner as the initial answers to those paragraphs.

17.     Denied.

## COUNT III

18.     Defendants answer paragraphs 1 through 13 as realleged in paragraph 18 in the same manner as the initial answers to those paragraphs.

19.     Denied.

## CONSUMER INJURY

20.     Denied.

## THE COURT'S POWER TO GRANT RELIEF

21.     Admitted.

22.     Admitted in part and denied in part. The first allegation is admitted.  The second allegation is denied.

23.     Admitted.

24.     Admitted.

## PRAYER FOR RELIEF

WHEREFORE, Defendants, having fully answered the complaint, pray that the same be dismissed and that costs be assessed against the plaintiff.

## AFFIRMATIVE DEFENSES

1.      Defendants are not franchisors within the meaning of 16 C.F.R. § 436.2. Accordingly,

the Plaintiff lacks standing to bring these proceedings against the Defendants, regarding any alleged violations of The Franchise Rule, pursuant to Counts I, II and III.

2.      Defendants are not franchisors within the meaning of 16 C.F.R. § 436.2. Accordingly, as to Counts I, II and III, Plaintiff has failed to state claims upon which relief may be granted.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was provided by facsimile to (954) 356-7180, and by U.S. first class mail, postage prepaid, to Barbara Petras, Assistant United States Attorney, 500 East Broward Boulevard, 7th Floor, Fort Lauderdale, FL 33394, and Drake Cutini, Trial Attorney, Office of Consumer Litigation, P.O. Box 386, Washington, D.C. 20044, this ____ day of March, 2000.

Respectfully submitted,

ANDREW N. COVE
**COVE & ASSOCIATES, P.A.**
Fla. Bar No. 562122
3801 Hollywood Boulevard
Suite 100
Hollywood, FL 33021
Telephone: (954) 987-7600
Telephone: (305) 573-6000
Facsimile: (954) 987-7686
E-Mail: anc@covelaw.com
Attorney for Defendants
UNITED PAYPHONES OF AMERICA, INC.
and ANDREW MARCUS