UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

Case No. 00-6218 Civ. Dimitrouleas/Johnson

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| PLAINTIFF, | ) |
| v. | ) |
| UNITED PAYPHONES OF AMERICA, INC., a Florida corporation; and ANDREW MARCUS, individually, and as an officer of the corporation, | ) |
| DEFENDANTS. | ) |

## SCHEDULING REPORT

Plaintiff, United States of America, by Drake Cutini, and defendants, United Payphones of America, Inc., and Andrew Marcus, by David Newman, pursuant to this court's order of February 15, 2000, and Rule 16.1(B), Local Rules of the Southern District of Florida, hereby submit the following report of a scheduling meeting which took place by telephone on March 28, 2000, between counsel for the parties. A proposed scheduling order is attached.

1. <u>Documents and List of Witnesses</u>

Pursuant to Local Rule 16.1(B), all documents reasonably available and contemplated to be used in support of the parties' allegations, and a list of individuals likely to have discoverable information, will be exchanged by the parties by April 10, 2000. Further documents and witness lists will be exchanged in such time to allow the parties to prepare for discovery and trial.



2. <u>Discovery Schedule and Proposed Limits on Time</u>

The parties agree that additional parties will be joined and pleadings amended by July 28, 2000; that the parties shall furnish opposing counsel with a written list by September 22, 2000, containing the names, addresses, and phone numbers of all fact and expert witnesses intended to be called at trial and, except for rebuttal witnesses, only those witnesses listed shall be permitted to testify; and that all discovery must be completed by October 27, 2000. A proposed schedule is attached.

3. <u>Settlement</u>

The parties have begun to discuss the possibility of resolving this case by settlement. The parties will continue to discuss this issue in good faith in the future and rate the likelihood of settlement of this action as fair.

4. <u>Additional Parties and amendment of Pleadings</u>

The parties will seek to join any additional parties and amend the pleadings by July 28, 2000, although they do not believe at this time that such joinder or amendment is likely.

5. <u>Proposed Limits on Time</u>

The parties propose that all dispositive motions and memoranda of law must be filed by November 17, 2000; memoranda in opposition to dispositive motions shall be filed by December 8; and reply memoranda by December 15. All such motions and memoranda shall be served by Federal Express overnight delivery. The parties propose that the dispositive motions be resolved by January 12, 2001.

6. <u>Stipulations and Admissions</u>

The parties agree that they will likely be able to arrive at stipulations which will expedite the trial in this case. It is anticipated, for instance, that the parties will be able to stipulate to the authenticity of documents and to certain facts.

6. Reference to Magistrate Judge or Master

The parties do not at this time anticipate the need to refer matters to a magistrate judge or master.

7. Trial Time Estimate

The parties estimate that the trial in this case will require approximately three to four days.

8. Pretrial Conference and Trial

The parties request that a pretrial conference be held on February 9, 2001, and that trial begin on February 19, 2001.

DATED: April 5, 2000

| Of Counsel: | FOR THE UNITED STATES OF AMERICA: |
|---|---|
| EILEEN HARRINGTON<br>Associate Director for<br> Marketing Practices<br>Federal Trade Commission<br>Washington, D.C. 20580 | DAVID W. OGDEN<br>Acting Assistant Attorney General<br>Civil Division<br>U.S. Department of Justice |
| | THOMAS E. SCOTT<br>United States Attorney |
| CRAIG TREGILLUS<br>Attorney<br>Federal Trade Commission<br>Washington, D.C. 20580<br>PHONE: 202-326-2970<br>FAX: 202-326-3395 | By: _____<br>BARBARA PETRAS<br>Assistant United States Attorney<br>500 E. Broward Blvd., 7th Floor |

        Fort Lauderdale, FL 33394
        Florida Bar #209181
        PHONE: 954-356-7314
        FAX: 954-356-7180


        _____
        DRAKE CUTINI
        Trial Attorney
        Office of Consumer Litigation
        P.O. Box 386
        Washington, D.C. 20044
        PHONE: 202-307-0044
        FAX: 202-514-8742

FOR THE DEFENDANTS:


_____
ANDREW N. COVE
DAVID NEWMAN
COVE & ASSOCIATES, P.A.
Fla. Bar. Nos. 562122, 78477
3801 Hollywood Boulevard
Suite 100
Hollywood, FL 33021
PHONE: 954-987-7600
Fax: 954-987-7686

4