AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

v.

UNITED PAYPHONES OF AMERICA, INC.
a Florida Corporation; and ANDREW
MARCUS, individually and as an
officer of the corporation

SUMMONS IN A CIVIL ACTION

CASE NUMBER: CIV-DIMITROULEAS

00-6218

MAGISTRATE
JOHNSON

TO: (Name and Address of Defendant)

ANDREW MARCUS, individually
7041 West Commercial Blvd., Suite 6A
Tamarac, FL 33394

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

BARBARA L. PETRAS
**ASSISTANT U.S. ATTORNEY**
United States Attorney's Office
500 East Broward Boulevard, Ste. 700
Fort Lauderdale, Florida 33394

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Clarence Maddox                         Feb 14, 2000
CLERK                                   DATE

BY DEPUTY CLERK

AO 440 (Rev. 1/80) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 2/24/00 |
| NAME OF SERVER (PRINT) Michael J. Breur | TITLE Financial Investigator |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Personally served upon defendants attorney, Carl Schmitt, 1666 NW 79 St Causeway, N. Bay Village, FL 33144 (suite 705, tel (305) 868-4711

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2/24/00    Michael J. Breur
              Date                Signature of Server

OFFICE OF THE ATTORNEY GENERAL
110 S.E. 6TH STREET, REPUBLIC TOWER
FT. LAUDERDALE, FL 33301

Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.