AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

v.

UNITED PAYPHONES OF AMERICA, INC.
a Florida Corporation; and ANDREW
MARCUS, individually and as an
officer of the corporation

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: **CIV- DIMITROULEAS**

**00-6218**

TO: (Name and Address of Defendant)

ANDREW MARCUS, as an officer
of United Payphones of America, Inc.
7041 West Commercial Blvd., Suite 6A
Tamarac, FL 33394

MAGISTRATE
JOHNSON

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

BARBARA L. PETRAS
**ASSISTANT U.S. ATTORNEY**
United States Attorney's Office
500 East Broward Boulevard, Ste. 700
Fort Lauderdale, Florida  33394

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Clarence Maddox

CLERK

BY DEPUTY CLERK

DATE  Feb 14, 2000

AO 440 (Rev. 1/90) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 2/24/00 |
| NAME OF SERVER (PRINT) Michael J. Breul | TITLE Financial Investigator |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Personally served upon defendant's attorney, Carl Schmitt 1666 NW 79 St., N. Bay Village, FL 33144 (Suite 205, tel. (305) 868-4711

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/24/00      _Michael J Breul_
         Date              Signature of Server
                           OFFICE OF THE ATTORNEY GENERAL
                           110 S.E. 6TH STREET, REPUBLIC TOWER
                           FT. LAUDERDALE, FL 33301

                           _Address of Server_

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.