UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6218-CIV-DIMITROULEAS

UNITED STATES OF AMERICA,

Magistrate Judge Johnson

    Plaintiff,

vs.

UNITED PAYPHONES OF AMERICA, INC.
and ANDREW MARCUS, individually, and
as an officer of the corporation,

    Defendants.

_____/

FILED by _____ D.C.

SEP 1 6 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## FINAL ORDER OF DISMISSAL

THIS CAUSE is before the Court upon the parties' Stipulated Judgment and Order for Permanent Injunction. The Court having been advised that a full, final and complete settlement has been reached between all the parties, as agreed in Section XV. of the Stipulated Judgment, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Stipulated Judgment is hereby **GRANTED,** and the Court will separately enter the Order for Permanent Injunction;

2. The above-mentioned case is **DISMISSED WITH PREJUDICE**, however, the Court shall retain jurisdiction to enforce the Stipulated Judgment and Order for Permanent Injunction between the parties;

3. All pending motions not otherwise ruled upon are **DENIED AS MOOT**;

4. The Clerk of the Court shall close this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___18___ day of September, 2000.

_____
WILLIAM P. DIMITROULEAS
United States District Judge



Copies furnished to:

Michael J. Fingar, Esq.
Cove & Associates, P.A.

Drake Cutini, Esq.

Barbara Petras, AUSA